**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| IN THE MATTER OF THE ADMINISTRATIVE INSPECTION OF RITE AID PHARMACY #3084 146 Woodman Drive, Dayton, OH 45431 : : : : | Case No.  3:06MC016  District Judge Thomas M. Rose Magistrate Judge Sharon L. Ovington |

**DECISION AND ENTRY**

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #7), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  It is therefore **ORDERED** that:

1. The Report and Recommendations filed on November 15, 2006 (Doc. #7) is ADOPTED in full; and

2. This case is DISMISSED and terminated on the docket of this Court.

December 19, 2006                                                           **s/THOMAS M. ROSE**

                                                                        Thomas M. Rose
                                                                        United States District Judge